**KELLEY DRYE & WARREN** LLP

A LIMITED LIABILITY PARTNERSHIP

**101 PARK AVENUE**

**NEW YORK, NY 10178**

(212) 808-7800

WASHINGTON, DC
LOS ANGELES, CA
CHICAGO, IL
STAMFORD, CT
PARSIPPANY, NJ

BRUSSELS, BELGIUM

AFFILIATE OFFICE
MUMBAI, INDIA

FACSIMILE
(212) 808-7897
www.kelleydrye.com

BARBARA E. HOEY
DIRECT LINE: (212) 808-7628
EMAIL: bhoey@kelleydrye.com

February 23, 2015

**By ECF**

Honorable Steven M. Gold
United States Chief Magistrate Judge
Eastern District of New York

      Re:    *Vega v. AlphaCare of New York, Inc. et al*
              **14-cv-05787-MKB-SMG**

Dear Judge Gold:

        This firm represents Defendants AlphaCare of New York, Inc. and MagellanHealth Care, Inc. in the above-referenced matter. A status conference recently was rescheduled by the Court to March 26, 2015 at 3:00 p.m., with the parties to appear in-person.

        We respectfully request an adjournment of the rescheduled conference, as Defense counsel is scheduled to give a live presentation at a conference in Manhattan at 3 P.M. that same day. I cannot now cancel that appearance. This is the first request for an adjournment by either party.

        We have conferred with Plaintiff's counsel regarding the adjournment, and he joins in this request. To the extent it works with the Court's schedule, both parties are available on March 26, 2015 prior to 2:00 p.m. for a telephone conference. If the Court wishes counsel to appear in person, we also are available the morning of March 27, 2015.

        Thank you for your consideration of this matter.

                            Respectfully submitted,

                            Barbara E. Hoey

cc:    Walker G. Harman, Jr., Esq. (via ECF)