# THE HARMAN FIRM, PC

**Attorneys & Counselors At Law**
www.theharmanfirm.com

March 26, 2015

<u>VIA ECF</u>

Hon. Steven M. Gold
United States Chief Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    *Lillian Vega / AlphaCare of New York, Inc., et al.*
              *14 CV 5787 (MKB)(SMG)*

Dear Judge Gold:

      This firm represents Plaintiff Lillian Vega in the above-referenced employment discrimination action. A status conference was rescheduled by the Court for March 27, 2015, at 10:30 a.m.

      We respectfully request an adjournment of the rescheduled conference, as I am unexpectedly out of the State and will not be able to return by tomorrow. This is Plaintiff's first request for an adjournment, and an adjournment will not impact the October 3, 2014 Scheduling Order. The parties are proceeding with discovery.

      We have conferred with Defendants' counsel regarding the adjournment, and they consent to this request. To the extent it works with the Court's schedule, counsel are available to appear in-person on Friday, April 10, 2015. If the Court wishes a telephone conference with counsel, we are also available on that day.

      Respectfully submitted,

      /s/ Walker G. Harman, Jr.
      Walker G. Harman, Jr.

Cc:    Barbara E. Hoey, Esq. (via ECF and email [BHoey@kelleydrye.com])
        Jodi M. Frankel, Esq. (via ECF and email [JFrankel@kelleydrye.com])

1776 Broadway, Suite 2030
New York, New York 10019
T 212 425 2600 F 212 202 3926