UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| LILLIAN VEGA<br><br>                      Plaintiff,<br><br>-against-<br><br>ALPHACARE OF NEW YORK, INC. and MAGELLAN HEALTHCARE, INC.,<br><br>                      Defendants. | ECF Case<br><br>Case No.: 1:14-cv-05787-MKB-SMG<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for Defendants AlphaCare of New York, Inc. and Magellan Healthcare, Inc. Please enter this appearance on the Court's docket and electronically notify the undersigned of all filings, notices, and papers in connection with this action at the email address listed below.

| | |
|---|---|
| Date: March 26, 2015 | KELLEY DRYE & WARREN LLP<br><br>By: /s/ Jodi M. Frankel<br>     Jodi M. Frankel<br>     NY # 5185418<br>     101 Park Avenue<br>     New York, New York 10178<br>     (212) 808-7800<br>     jfrankel@kelleydrye.com |

## CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2015, this document was filed with the Clerk of the District Court for the Eastern District of New York using the CM/ECF systems and will be sent electronically to Plaintiff's counsel:

>Walker G. Harman, Jr., Esq.
>The Harman Firm, P.C.
>1776 Broadway, Suite 2030
>New York, NY 10019

                                                  /s/ Jodi M. Frankel
                                                     Jodi M. Frankel