# CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Chief Magistrate Judge Steven M. Gold |
| **DATE:** | April 10, 2015 |
| **TIME:** | 4:00 P.M. |
| **DOCKET NUMBER(S):** | CV-14-5787 (MKB) |
| **NAME OF CASE(S):** | LILLIAN VEGA -V- ALPHACARE, ET AL. |
| **FOR PLAINTIFF(S):** | Harman |
| **FOR DEFENDANT(S):** | Hoey & Frankel |
| **NEXT CONFERENCE(S):** | AUGUST 6, 2015 AT 10:00 A.M., IN-PERSON (See rulings below) |

**RULINGS FROM STATUS CONFERENCE:**

Defendants will produce ESI on a rolling basis beginning as soon as practicable and completing their production no later than May 4. Plaintiff will be deposed on May 14. The parties will confer and attempt to agree upon dates for all other anticipated depositions and submit a letter reporting on what they have agreed upon by April 23.

NEXT CONFERENCE: AUGUST 6, 2015 AT 10:00 AM. The parties shall be prepared:

(1) to state their respective positions on settlement, with principals WITH FULL SETTLEMENT DECISION-MAKING AUTHORITY (UP TO THE AMOUNT LAST DEMANDED FOR DEFENDANTS, DOWN TO THE AMOUNT LAST OFFERED FOR PLAINTIFFS) PRESENT OR AVAILABLE BY TELEPHONE THROUGHOUT THE CONFERENCE,

(2) to schedule any remaining depositions of non-parties and disclosures of expert reports,

(3) to articulate the basis for any anticipated summary judgment motions and to be familiar with any premotion conference procedures required by the district judge presiding over the case, and

(4) to state whether they will agree to assignment of this case to a magistrate judge for all purposes, including jury trial and entry of final judgment.

Counsel are encouraged to file a written application requesting a settlement conference on an earlier date if they believe it might be productive to do so.