**KELLEY DRYE & WARREN** LLP

A LIMITED LIABILITY PARTNERSHIP

**101 PARK AVENUE**

**NEW YORK, NY 10178**

(212) 808-7800

WASHINGTON, DC
LOS ANGELES, CA
CHICAGO, IL
STAMFORD, CT
PARSIPPANY, NJ

BRUSSELS, BELGIUM

AFFILIATE OFFICE
MUMBAI, INDIA

FACSIMILE
(212) 808-7897
www.kelleydrye.com

BARBARA E. HOEY
DIRECT LINE: (212) 808-7628
EMAIL: bhoey@kelleydrye.com

April 23, 2015

**By ECF**

Honorable Steven M. Gold
United States Chief Magistrate Judge
Eastern District of New York

    **Re:** *Vega v. AlphaCare of New York, Inc. et al*
       **14-cv-05787-MKB-SMG**

Dear Judge Gold:

  Per your minute entry following the status conference on April 10, 2015 [Dkt. 13], we submit this letter on behalf of Defendants AlphaCare of New York, Inc. and Magellan Health Care, Inc. to provide an update on deposition scheduling in this matter.

  We have requested from Plaintiff's counsel proposed dates for the depositions of Defendants' employees. Plaintiff's counsel says he is working to collect dates, and we will proceed with scheduling depositions when we receive proposed dates.

  The parties will provide Your Honor with a report on deposition scheduling as further advancements are made.

            Respectfully submitted,

            Barbara E. Hoey

cc: Walker G. Harman, Jr., Esq. (via ECF)

NY01\FranJ\4129731.1