# THE HARMAN FIRM, PC
## Attorneys & Counselors At Law
www.theharmanfirm.com

May 21, 2015

**Via ECF**

Hon. Steven M. Gold
United States Chief Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

   Re: *Lillian Vega / AlphaCare of New York, Inc., et al.*
     *14 CV 5787 (MKB)(SMG)*

Dear Judge Gold:

  Pursuant to the Order dated May 7, 2015, Plaintiff writes with an update on the parties' agreed-upon deposition schedule.

| | |
|---|---|
| June 16, 2015 | Defendants to depose Plaintiff Lillian Vega |
| June 23, 2015 | Deposition of Gloria Tutt-King |
| July 14, 2015 | Plaintiff to depose Lori Ferguson |
| July 21, 2015 | Plaintiff to depose Dan Parietti |
| August 25, 2015 | Plaintiff to depose Jessie French Danzi (barring any unforeseen issues with her health following childbirth) |

  The close of fact discovery is presently set for July 24, 2015. Plaintiff kindly requests an extension of this date solely to accommodate Ms. Danzi's deposition.

  We thank the Court for its attention to this matter.

            Respectfully submitted,

            */s/ Walker G. Harman, Jr.*

            Walker G. Harman, Jr.

cc: Barbara E. Hoey, Esq. (via ECF)
   Jodi M. Frankel, Esq. (via ECF)

1776 Broadway, Suite 2030
New York, New York 10019
T 212 425 2600 F 212 202 3926