# THE HARMAN FIRM, PC
**Attorneys & Counselors At Law**
www.theharmanfirm.com

June 2, 2015

<u>Via ECF</u>

Hon. Steven M. Gold
United States Chief Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:   *Lillian Vega / AlphaCare of New York, Inc., et al.*
               *14 CV 5787 (MKB)(SMG)*

Dear Judge Gold:

    This firm represents Plaintiff Lillian Vega in the above-reference employment discrimination action. A pre-motion conference was scheduled by the Court for June 3, 2015, at 3:00 p.m.

    We respectfully request an adjournment of the conference, as I was scheduled to appear in the afternoon at the Southern District Court of New York for a status conference before Judge Andrew L. Carter. This is Plaintiff's second request for an adjournment, and an adjournment will not impact the October 3, 2014 Scheduling Order. The parties are proceeding with discovery.

    We have conferred with Defendants' counsel regarding the adjournment, and they consent to the request. To the extent its works with the Court's schedule, counsel are available to appear in person on another date at the Court's convenience, except we respectfully ask the Court not to reschedule the conference for Friday, June 5, Monday, June 8, and Tuesday, June 9.

    We thank the Court for its attention to this matter.

                                    Respectfully submitted,

                                    Walker G. Harman, Jr.

cc:    Barbara E. Hoey, Esq. (via ECF)
        Jodi M. Frankel, Esq. (via ECF)